IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARION MAUREEN TOOLE,<br><br>                          Plaintiff,<br><br>v.<br><br>BEKINS MOVING SERVICE, CROSS TOWN MOVING CENTERES AND BEKINS VAN LINES, LLC,<br><br>                        Defendants. | Civil No. 6:12-CV-0355-TC<br><br>O R D E R |

      Magistrate Judge Coffin filed his Findings and Recommendation on June 13, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

      Dated this 24 day of July, 2012.

                                              /s/ Ann Aiken
                                       Ann Aiken, United States District Judge

Order -- Page 1